Rev. 1/2004

in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

Calendar Year 2003

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'Scannlain, Diarmuid F | Ninth Circuit Court of Appeals | 4/26/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Circuit Judge(Active) | ○ Nomination, Date<br>○ Initial  ● Annual  ○ Final | 1/1/2003<br>to<br>12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 555 S.W. Yamhill Street<br>Room 313<br>Portland, Oregon 97204-1396 | Reviewing Officer_____  Date_____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Council Member | University of Portland Presidential Advisory Council |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2004 APR 27 A 10: 56 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 01-05/03 | Lewis & Clark College, Northwestern College of Law, Portland, OR (law teaching) | 3,000 |
| 2. | 07/03 | New York University Law School (law teaching) | 3,600 |
| 3. | 11/03 | Chapman University School of Law (Jurist in Residence) | 2,500 |
| 4. | | | |

### B. Spouse's Non-Investment Incom  - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | American Bar Association | 2/8-2/9/03 Seattle, WA (ABA Mid-Year Mtg.) (transportation, meals, room) |
| 2. | The Federalist Society | 2/20-2/23/03 Notre Dame Law School, Notre Dame, IN (Speaker) (transportation) |
| 3. | PriceWaterhouseCoopers | 2/26-3/1/03 Phoenix, AZ (Leadership Forum Panelist) (transportation, meals, room) |
| 4. | Boston University School of Law | 4/9/03 Boston, MA (Moot Court Competition) (transportation, meals, room) |
| 5. | The Federalist Society | 4/11/03, Harvard Law School, Cambridge, MA (Speaker) (transportation, meals, room) |
| 6. | New York University School of Law | 7/13-7/20/03 New York City, NY (Appellate Judges Seminar Faculty Member) (transportation, meals, room) |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | O'Scannlain, Diarmuid F | 4/26/2004 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 7. | Diocese of Galveston - Houston | 9/29 - 10/2/03 Houston, TX (Red Mass Banquet Speaker) (transportation, meals, room) |
| 8. | The Federalist Society | 10/15 - 10/16/03 Notre Dame Law School, Notre Dame, IN (Speaker) (transportation, meals, room) |
| 9. | The Federalist Society | 11/12 - 11/16/03 Washington, DC (Nat'l Convention Panelist) (transportation, meals, room) |
| 10. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | O'Scannlain, Diarmuid F | 4/26/2004 |

## V. GIFTS. (includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE -- - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. US Bank | Line of credit | K |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Scannlain, Diarmuid F | 4/26/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. IRA US Treasury Bonds (CATS) | | None | K | T | | | | | |
| 2. IRA Glaxo Smith Kline PLC (com. stock) | A | Dividend | J | T | | | | | |
| 3. IRA Smith Barney Money Funds (money market) | A | Dividend | J | T | * | | | | *Automated trades |
| 4. Fountainhead Apts. (Ltd. Partnership) | B | Distribution | K | W | | | | | |
| 5. Coronado Apts. (Ltd. Partnership) | D | Distribution | K | W | | | | | |
| 6. Indiana Realty (Ltd. Partnership) | A | Distribution | J | W | | | | | |
| 7. Crystal Hopper (Ltd. Partnership) | | None | J | W | | | | | |
| 8. Session Co. (Ltd. Partnership) | | None | J | W | | | | | |
| 9. ████████ condos Kerrville, TX (real property) | | None | K | W | | | | | |
| 10. Ramagon Toys (com. stock) | | None | J | W | | | | | |
| 11. US Bancorp (com. stock) | A | Dividend | J | T | | | | | |
| 12. Columbia Daily Income (money market) | A | Dividend | J | T | * | | | | *Automatic Trades |
| 13. Smith Barney Money Funds (money market) | A | Dividend | J | T | * | | | | *Automated Trades |
| 14. Columbia Oregon Municipal Bond Fund | A | Dividend | J | T | Buy | ** | J | | **Various Over Year |
| 15. Columbia Oregon Municipal Bond Fund | | | J | T | Partial Sale | 6/10 | J | A | |
| 16. Columbia Oregon Municipal Bond Fund | | | J | T | Partial Sale | 11/14 | J | A | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,001-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | O'Scannlain, Diarmuid F | 4/26/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____      Date 4/26/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544